IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| K. A. J., et al., minor dependents of Reginald Ladon Jones, deceased, by and through their mother and next friend Atajah Dawsey, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION NO. 2:26cv724-MHT (WO) |
| INTERNATIONAL MOTORS, LLC, a foreign limited liability corporation, et al., | ) | |
| Defendant. | ) | |

RULE 26(f) ORDER

The parties are reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan. Accordingly, it is ORDERED that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than November 12, 2026.

Notice Regarding Mandatory Mediation: The court finds that mediation is appropriate in this case and

may result in the speedy and just resolution of this matter. The parties are notified that, in developing their proposed discovery plan, they should plan for mandatory mediation, either by a private mediator or a United States Magistrate Judge, to be completed by the end of the discovery period.

Dispositive motions shall be filed no later than 120 days prior to the pretrial conference date, and discovery will end 28 days before the dispositive-motions deadline. If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested variance. In their Rule 26(f) report, however, the parties should assume that the 120-day and 28-day requirements will apply.

It is also the policy of this district that Rule 26(a)(3) witness list exchange (§ 9 Uniform Scheduling Order ("USO")), deposition designations (§ 10 USO), and exchange of trial exhibits and evidence (§ 11 USO)

occur no later than 42 days prior to trial, to allow appropriate time for filing and resolution of objections and motions related thereto. The parties may agree to earlier deadlines, but later deadlines ordinarily will not be allowed.

This case ordinarily will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil trial terms, within 14 to 16 months of this order if a term is available and, if not available, then as soon as possible thereafter. The pretrial date is normally set within four to eight weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://www.almd.uscourts.gov. Trial terms are subject to change in the event the case is assigned to a visiting judge.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the court, except with regard to mandatory

**mediation. The court may or may not hold a scheduling conference before issuing a scheduling order. A Uniform Scheduling Order also is available on the court's website.**

**DONE, this the 22nd day of October, 2026.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**